1  DAVID DOUGLAS DOYLE, ESQ. NO. 100595
   DOYLE & SCHALLERT
2  1233 WEST SHAW AVENUE, SUITE 106
   FRESNO, CALIFORNIA 93711
3  TELEPHONE:  (559) 227-2600
   FACSIMILE:   (559) 227-3600
4
   Attorneys for Plaintiff SPAN CONSTRUCTION & ENGINEERING, INC.
5

6

7                        UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 SPAN CONSTRUCTION &                    CASE NO.: 1:13-CV-01490-AWI-SMS
   ENGINEERING, INC.,
11                                        **STIPULATION TO STAY FEDERAL
                                          ACTION PENDING AAA ARBITRATION
12           Plaintiffs,                  AND ORDER THEREON**

13       v.

14 IRONCLAD METALS, INC.,

15           Defendants.

16

17

18       Plaintiff Span Construction & Engineering, Inc., a California corporation, by and through their

19 counsel of record David Douglas Doyle of Doyle & Schallert and Defendant Ironclad Metals, Inc., a

   Canadian corporation, with the advice of Canadian counsel Douglas Conolly of McQuarrie Hunter,
20
   LLP., and by and through California counsel Stewart H. Foreman, CSB # 61149, Freeland Cooper &
21
   Foreman LLP, 150 Spear Street, Suite 1800, San Francisco, California 94105, tel: (415) 541-0200, e-
22
   mail: foreman@freelandlaw.com. Hereby stipulates as follows:
23
        1.      WHEREAS, Plaintiff and Defendant are engaged in arbitration through the American
24
   Arbitration Association in the matter of Span Construction v. Ironclad Metals, Inc., case number 50
25
   110 T 00813 13, for claims made by Plaintiff in this federal action; and
26
        2.      WHEREAS, by entering into this stipulation, Plaintiff and Defendant have not waived
27
   any legal or equitable rights that do, or may, exist; and
28

                                                                                      1

   STIPULATION TO STAY FEDERAL ACTION PENDING AAA ARBITRATION AND ORDER THEREON
   CASE NO.: 1:13-CV-01490-AWI-SMS

   {00187640}

3.      WHEREAS, Plaintiff and Defendant due to the pending arbitration, request that this federal action be stayed until the AAA proceeding is completed, or abandoned or is otherwise terminated; and

4.      WHEREAS, Plaintiff and Defendant agree to provide to the court periodic reports as scheduled and/or as requested regarding the status of the AAA proceeding identified above; and

5.      WHEREAS, Plaintiff and Defendant respectfully request that the Court find good cause to stay this action as requested.


Dated:  January 7, 2014                    DOYLE & SCHALLERT


                                           By:     /S/ DAVID DOUGLAS DOYLE
                                                   _____
                                                   DAVID DOUGLAS DOYLE
                                                   Attorneys for Plaintiff


Dated:  January 8, 2014                    FREELAND COOPER & FOREMAN LLP


                                           By:     /S/ STEWART H. FOREMAN
                                                   _____
                                                   STEWART H. FOREMAN
                                                   Attorneys for Defendant

2

STIPULATION TO STAY FEDERAL ACTION PENDING AAA ARBITRATION AND ORDER THEREON
CASE NO.: 1:13-CV-01490-AWI-SMS

{00187640}

**ORDER OF THE COURT**

Good cause appearing, this matter is stayed during the pendency of the AAA arbitration proceeding identified above. The parties are directed to provide a status report on or before 6/30/2014, and every six months thereafter until the arbitration has been resolved or the case has been dismissed.

IT IS SO ORDERED.

DATED:  1/13/2014                              /s/ SANDRA M. SNYDER
                                              UNITED STATES MAGISTRATE JUDGE

STIPULATION TO STAY FEDERAL ACTION PENDING AAA ARBITRATION AND ORDER THEREON
CASE NO.: 1:13-CV-01490-AWI-SMS

{00187640}