DAVID DOUGLAS DOYLE, ESQ. NO. 100595
DOYLE & SCHALLERT
1233 WEST SHAW AVENUE, SUITE 106
FRESNO, CALIFORNIA 93711
TELEPHONE:  (559) 227-2600
FACSIMILE:   (559) 227-3600

Attorneys for Plaintiff SPAN CONSTRUCTION & ENGINEERING, INC.

STEWART H. FOREMAN, ESQ.  NO. 61149
FREELAND COOPER & FOREMAN, LLP
150 SPEAR STREET, SUIT 1800
SAN FRANCISCO, CALIFORNIA 94105
TELEPHONE: (415) 541-0200
FACSIMILE: (415) 495-4332

Attorneys for Defendant IRONCLAD METALS, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPAN CONSTRUCTION & ENGINEERING, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> IRONCLAD METALS, INC., <br><br> Defendants. | CASE NO.: 1:13-CV-01490-AWI-SMS <br><br> **REQUEST FOR TWO WEEK EXTENSION TO SUBMIT A PERODIC STATUS REPORT RE: STAY OF FEDERAL ACTION PENDING AAA ARBITRATION; AND ORDER THEREON** |

Plaintiff Span Construction & Engineering, Inc., ("Span") a California Corporation, by and through its counsel of record, David Douglas Doyle of Doyle & Schallert, hereby requests a two week extension to submit a periodic status report regarding stay of federal action pending AAA arbitration. Pursuant to the January 13, 2014 Court Order, a periodic status report is due in this matter on or before June 30, 2014.  Span requests an extension of two weeks to July 14, 2014 to submit a periodic status report because counsel for defendant Ironclad Metals, Inc., Stewart H. Foreman of Freeland Cooper & Foreman LLP, has not had the opportunity to make an appearance in this action, and

1

**REQUEST FOR TWO WEEK EXTENSION TO SUBMIT A PERODIC STATUS REPORT RE: STAY OF FEDERAL ACTION PENDING AAA ARBITRATION**

{00187640}

associate counsel for plaintiff, Steven D. McGee of Dowling Aaron Incorporated, has also not had the opportunity to make an appearance in this matter.  Both Mr. Foreman and Mr. McGee intend to file appropriate appearances in the instant case and will be available to participate in and sign-off on a periodic status report on or before July 14, 2014.  Based on the foregoing, Span submits that there is good cause for the granting of the requested relief.

Dated: June ___, 2014                                         DOYLE & SCHALLERT

                                                  By:      /S/ DAVID DOUGLAS DOYLE

                                                           _____
                                                           DAVID DOUGLAS DOYLE
                                                           Attorneys for Plaintiff Span Construction & Engineering, Inc.

ORDER THEREON

   Good cause appearing, the request by plaintiff Span for an extension of two weeks from June 30, 2014 to July 14, 2014 to submit a periodic status report regarding stay of federal action pending AAA arbitration, is granted.  IT IS SO ORDERED.

Dated: June 30, 2014

                                                  By:      /s/ SANDRA M. SNYDER
                                                           SANDRA M. SNYDER,
                                                           MAGISTRATE JUDGE

**REQUEST FOR TWO WEEK EXTENSION TO SUBMIT A PERODIC STATUS REPORT RE: STAY OF FEDERAL ACTION PENDING AAA ARBITRATION**

{00187640}