# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPAN CONSTRUCTION & ENGINEERING, INC., <br><br> Plaintiff, <br><br> v. <br><br> IRONCLAD METALS, INC., <br><br> Defendant. | Case No. 1:13-cv-01490-AWI-SMS <br><br> ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER <br><br> Doc. 5 <br><br> RESPONSE DUE IN FIFTEEN DAYS |

On January 8, 2014, Plaintiff Span Construction & Engineering, Inc., and Defendant Ironclad Metals, Inc., stipulated to a stay of the above-captioned action pending AAA arbitration. On January 13, 2014, this Court ordered the matter stayed in accordance with the parties' stipulation and directed the parties to file a status report on or before June 30, 2014, every six months thereafter until the arbitration has been resolved or the case has been dismissed. Doc. 5 at 3. The parties filed the last status report on July 7, 2014.

The Court has discretion to impose any and all sanctions authorized by statute or Rule or within the inherent power of the Court, including dismissal of an action, based on the parties' failure to comply with a court order. Fed. R. Civ. P. 11; Local Rule 110.

Accordingly, the Court HEREBY ORDERS that:

1. Within **fifteen (15) days** from the date of service of this order, the parties shall file a written response to the Court, showing cause why this case should not be dismissed for the parties' failure to obey the Court's order filed January 13, 2014.  Submission of the required status report shall be deemed compliance with this requirement.  (If the parties are unable to meet and confer to prepare a joint status report within the time limits of this order, the Court will accept an individual status report from each party.)
2. The Clerk of Court shall mail a copy of this order to Defendant's address, along with a copy of the Court's January 13, 2014 order (Doc. 5).
3. Plaintiff's failure to comply with this order will result in the dismissal of this action without further notice.

IT IS SO ORDERED.

Dated:  **April 1, 2015**                              **/s/ Sandra M. Snyder**
                                                                  UNITED STATES MAGISTRATE JUDGE