UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPAN CONSTRUCTION & ENGINEERING, INC., | No. 1:13-cv-01490-DAD-SMS |
| Plaintiff, | |
| v. | ORDER DISMISSING ACTION AND CLOSING CASE |
| IRONCLAD METALS, INC., | (Doc. No. 16) |
| Defendant. | |

On February 4, 2016, plaintiff filed a notice of voluntary dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. No. 16.)  No responsive pleading has been filed in this action.  In light of the above, this case has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and is hereby DISMISSED with prejudice.  The court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   **February 6, 2016**

_____
UNITED STATES DISTRICT JUDGE

1